# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

_____

**FOX VALLEY SHEET METAL HEALTH FUND,
FOX VALLEY SHEET METAL RETIREMENT/UIA
FUND, FOX VALLEY SHEET METAL LOCAL
INDUSTRY FUND, FOX VALLEY SHEET METAL
LOCAL TRAINING FUND and DANIEL WIPPICH
(in his capacity as Trustee),**

           **Plaintiffs,**

    **v.**                                **Case No. 18-cv-1523**

**FELDMANN, INC.,**

           **Defendant.**

_____

## ORDER FOR JUDGMENT
## AS TO DEFENDANT FELDMANN, INC.

_____

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.    Defendant Feldmann, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.    Defendant Feldmann, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff funds.

3.    Due to Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorney fees and costs.

4.     The Court assesses the total damages to the Plaintiffs in the sum of $60,294.61.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Fox Valley Sheet Metal Health Fund, Fox Valley Sheet Metal Retirement/UIA Fund, Fox Valley Sheet Metal Local Industry Fund, Fox Valley Sheet Metal Local Training Fund, Daniel Wippich (in his capacity as Trustee), and against Defendant in the amount of $60,294.61 together with interest at the rate allowed by law.

Dated this 9th day of November, 2018.

BY THE COURT

s/ William C. Griesbach
William C. Griesbach, Chief Judge
U. S. District Court - WIED